UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCES LaGUARDIA,** *individually and as Executrix of the Estate of James Vincent LaGuardia, Deceased*, | : <br> : <br> :   CIVIL ACTION NO. 3:15-1475 <br> : <br> :         (JUDGE MANNION) |
| **Plaintiff,** | : |
| v. | : |
| **ROSS TOWNSHIP,** *et al.* | : |
| **Defendants.** | : <br> : |

# O R D E R

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the motion for leave of court to file an amended complaint, (Doc. 55), filed by the plaintiff, Frances LaGuardia, individually and as Executrix of the Estate of James Vincent LaGuardia, Deceased, is **DENIED**;

**(2)** the motion to dismiss the original complaint filed by the defendants Ross Township and Ross Township Supervisors Howard Beers, Russell Kresge, Jr., and Tina Drake, (Doc. 22), is **GRANTED**;

**(3)** the motion to dismiss the original complaint filed by the defendant, Ross Township Solicitor, John Dunn, (Doc. 28), is **GRANTED**;

**(4)** the motion to dismiss the original complaint filed by the defendant, Sheriff of Monroe County, Todd Martin, (Doc. 18), is **GRANTED**; and

**(5)** the original complaint, (Doc. 1), is dismissed with prejudice.

                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**DATED: August 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1475-01-order.wpd