# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCES LAGUARDIA,** *individually and as Executrix of the Estate of James Vincent LaGuardia, Deceased*, | : <br> : <br> :  **CIVIL ACTION NO. 3:15-1475** <br> :         **(JUDGE MANNION)** |
| **Plaintiff** | : |
| v. | : |
| **ROSS TOWNSHIP,** *et al.,* | : |
| **Defendants** | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for reconsideration, (Doc. 62), seeking reconsideration of the court's August 29, 2016 Memorandum and Order dismissing the above-captioned action with prejudice based on the plaintiff's failure to state a valid claim, (Docs. 60–61), is **DENIED**.

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**Dated:   November 10, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1475-02-Order.wpd